# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147469

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DONTEZ MARC TILLMAN,
          Defendant-Appellant.

SC: 147469
COA: 296267
Oakland CC: 2009-224546-FC

_____/

On order of the Court, the application for leave to appeal the May 30, 2013 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Eliason* (Docket No. 147428) and *People v Davis* (Docket No. 146819) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

s0224